# Court of Appeals
# of the State of Georgia

ATLANTA,  September 09, 2024

*The Court of Appeals hereby passes the following order:*

**A25I0022. GEORGIA DEPARTMENT OF COMMUNITY HEALTH v. CONNIE LOWRY, INDIVIDUALLY AND IN HER CAPACITY AS ADMINISTRATOR OF ESTATE OF BRENDA MEEKS HALL.**

In this action to recover medical assistance payments made on a decedent's behalf, the Georgia Department of Community Health filed this application for interlocutory review, seeking to appeal the superior court's July 26, 2024 order denying the Department's motion for summary judgment. The superior court issued a certificate of immediate review on Tuesday, August 6, 2024. We lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. If the certificate of immediate review is not entered within that ten-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal. See OCGA § 5-6-34 (b); *Wilcher v. Confederate Packaging*, 287 Ga. App. 451, 452 (1) (651 SE2d 790) (2007) ("A certificate of immediate review of a court order must be signed by the trial judge and filed with the clerk of the trial court within ten days of the entry of the interlocutory order sought to be appealed."). Here, although the superior court judge signed the certificate of immediate review on August 5, 2024, it was not filed with the superior court clerk until August 6. And the relevant date for determining the timeliness of the certificate is the date it was filed with the trial court clerk. See *Van Schallern v. Stanco*, 130 Ga. App. 687, 687 (204 SE2d 317) (1974). As a result, the certificate of immediate review here was untimely, as it was entered 11 days after entry of the order denying the Department's motion for summary

judgment. We therefore lack jurisdiction to consider this application for interlocutory review, which is hereby DISMISSED. See id.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   09/09/2024_____*
            *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*